IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:09-CV-171-RJC-DCK

| | |
|---|---|
| DIAGNOSTIC DEVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIABETES CARE CLUB, LLC, <br><br> Defendant. | ORDER |

**THIS CAUSE** having come before the Court on Motion of local counsel for Defendant Diabetes Care Club, LLC, for admission *pro hac vice* of Russell B. Morgan, and it appearing to the Court under Local Rule 83.1(D)(1) that Mr. Morgan should be admitted *pro hac vice* as representing Defendant Diabetes Care Club, LLC.

**IT IS THEREFORE ORDERED** that the motion is granted and that Russell B. Morgan is admitted to practice before this Court *pro hac vice*.

Signed: January 4, 2010

David C. Keesler
United States Magistrate Judge